533

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-189-)

RUSH PRESBYTERIAN ST. LUKES MEDICAL CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed April 28, 1975.*

GARDNER, CARTON, DOUGLAS, CHILDRON & WAUD, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-564-)

THE HUB CLOTHIERS, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE FAIR AGENCY, Respondent.

*Opinion filed April 28, 1975.*

THE HUB CLOTHIERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

534

PER CURIAM.

(No. 75-CC-565—

THE HUB CLOTHIERS, Claimant, *vs.* STATE OF ILLINOIS, Illinois STATE FAIR AGENCY, Respondent.

*Opinion filed April 28, 1975.*

THE HUB CLOTHIERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-599—

IRENE BUCHANAN, Administrator of the Estate of JOHNNYE MAE COLLINS, Deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 28, 1975.*

IRENE BUCHANAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.